**Notice of Filing Payment Advices Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)**

Debtor : Aaliyah Williams
Case No : 26-13955
Chapter : 13
Petition Date : 09/21/2026
Period : 07/23/2026 through 09/21/2026

| Page | Date | Employer Name | Gross | Net |
|---|---|---|---|---|
| 2 | 09/18/2026 | EMINENCE HOME CARE OF PA – … | $713.75 | $565.10 |
| 3 | 09/18/2026 | Amada Senior Care | $375.00 | $275.37 |
| 4 | 09/11/2026 | EMINENCE HOME CARE OF PA – … | $955.50 | $742.71 |
| 5 | 09/04/2026 | EMINENCE HOME CARE OF PA – … | $1,000.00 | $775.41 |
| 6 | 09/04/2026 | Amada Senior Care | $300.00 | $190.26 |
| 7 | 08/28/2026 | EMINENCE HOME CARE OF PA – … | $955.50 | $742.72 |
| 8 | 08/21/2026 | EMINENCE HOME CARE OF PA – … | $927.00 | $721.76 |
| 9 | 08/20/2026 | Amada Senior Care | $450.00 | $309.46 |
| 10 | 08/14/2026 | EMINENCE HOME CARE OF PA – … | $1,267.50 | $971.97 |
| 11 | 08/07/2026 | EMINENCE HOME CARE OF PA – … | $810.00 | $635.80 |
| 12 | 08/05/2026 | Amada Senior Care | $300.00 | $176.26 |
| 13 | 07/31/2026 | EMINENCE HOME CARE OF PA – … | $907.50 | $707.69 |
| 14 | 07/24/2026 | EMINENCE HOME CARE OF PA – … | $870.75 | $680.46 |

EMINENCE HOME CARE OF PA - MAIN (181219) Voucher #: 069937 Sort Order: 1

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| Aaliyah Williams - (G12156) | 09-18-2026 | XXX-XX-5981 | 09-06-2026 | 09-12-2026 | 11974276 |

Federal Tax-Status SS Allowances Single State Tax - Status NONE Allowances NONE

CURRENT EARNINGS DETAIL

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 09-12-2026 | REGULAR PAY | 25.0000 | 28.55 | 713.75 |
| Total(s): | | | 28.55 | 713.75 |

DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| LIFE | 0.26 | 4.94 |
| STD | 0.00 | 7.84 |
| VISION PRE T | 0.00 | 3.07 |
| LTD | 0.00 | 3.67 |
| DENTAL PRE T | 0.00 | 8.92 |
| CRIT | 0.00 | 1.55 |
| MED PRE TAX | 0.00 | 25.00 |
| FEDERAL TAX | 43.73 | 1913.09 |
| MEDICARE | 10.34 | 372.99 |
| SOC SECURITY | 44.25 | 1594.87 |
| PA INCOME TAX | 21.91 | 789.71 |
| PA SUI | 0.50 | 18.03 |
| LOWER MERION TO | 1.00 | 28.00 |
| PHILADELPHIA,PH | 26.66 | 962.90 |
| Total(s): | 148.65 | 5,734.58 |

DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | 79899 | 565.10 |
| Total: | | 565.10 |

Net Pay
$565.10

Net Pay YTD
$20,203.33

Y-T-D EARNINGS

| Description | Amount |
|---|---|
| REGULAR PAY | 22796.75 |
| BEREAVEMENT | 375.00 |
| MILEAGE PAY | 177.16 |
| PERSONAL TIME | 334.25 |
| SALARY | 384.25 |
| SICK | 569.50 |
| FLEX HOLIDAY | 400.00 |
| HOLIDAY | 400.00 |
| VACATION | 51.00 |
| BONUS | 450.00 |
| Total: | $25,937.91 |

PAID TIME OFF

| Desc | C/O | Accrued | Used | Bal |
|---|---|---|---|---|
| BEREAVEMENT | 0.00 | 15.00 | 15.00 | 0.00 |
| PTO | 0.00 | 19.56 | 15.41 | 4.15 |
| SICK | 0.00 | 30.91 | 22.78 | 8.13 |
| FLOATING HOL | 0.00 | 16.00 | 16.00 | 0.00 |

EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| MED | 0.00 | 597.69 |
| MET BLADD 10K | 0.00 | 8.25 |
| MID DPPO 1500 | 0.00 | 26.76 |
| MET VSP | 0.00 | 9.22 |
| Total(s): | 0.00 | 641.92 |

IMPORTANT MESSAGE: Your employer will email you important payroll and benefits information.
Please visit www.engagepeo.com and choose the Employee Login menu option to register.
BEREAVEMENT YTD hours taken: 15.00

Build: CMP-6924 Query: HRP_CHECKS.MVQ Version: Legal_PTO 26.08.247

EMINENCE HOME CARE OF PA
ENGAGE PEO V
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

11974276
09-18-2026

AMOUNT
** VOID **

Pay: Non-negotiable

To The Order Of:
Aaliyah Williams
1419 W Grange Ave, Apt 307
PHILADELPHIA, PA 19141-2509

EMINENCE HOME CARE OF PA
ENGAGE PEO V
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

1
2300-380-600
OFFICE

Aaliyah Williams
1419 W Grange Ave, Apt 307
PHILADELPHIA, PA 19141-2509

Statement of Earnings For: **Aaliyah Shantay Williams**

**Amada Senior Care**
410 W Township Rd
Suite 3
Haverford, PA 19083

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee #: | 892252495 | Division | 01 | Period Begin: | 9/1/2026 | Check Date: | 9/18/2026 |
| Clock Number: | | Department | 0200 | Period End: | 9/15/2026 | Pay Type: | Hourly |
| Company Id: | CN61462 | Federal Filing: | Single or | Exemptions: | | Additional Tax: | |
| | | State Filing: | | Exemptions: | | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V65380850 | $0.00 | $375.00 | $275.37 | |

**EARNINGS** *Not included in Totals ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| *Exp Reimb | | | 20.00 | 0.00 | 80.00 |
| OnCall | 16.0000 | | 375.00 | 0.00 | 375.00 |
| Regular | | | 0.00 | 10.00 | 150.00 |
| Trng | | | 0.00 | 7.00 | 105.00 |
| Weekend Pay | | | 0.00 | 0.00 | 1,800.00 |
| **Total:** | | 0.00 | 375.00 | 17.00 | 2,430.00 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 23.25 | 150.66 |
| MED EE | 5.44 | 35.24 |
| PA WH | 11.51 | 74.61 |
| PHILADELPHIA | 14.01 | 90.80 |
| PA SUI EE | 0.26 | 1.70 |
| HAVERFORD TWP | 2.16 | 15.12 |
| **Total:** | 56.63 | 368.13 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| ZayZoon | 63.00 | 298.00 |
| **Total:** | 63.00 | 298.00 |

**LEAVE ACCRUAL**

| Accrual Type |
|---|

**DISTRIBUTION OF NET PAY**

| | | | |
|---|---|---|---|
| Checking | Account: ####9899 | Deposit Amount: | 275.37 |

Amada Senior Care
410 W Township Rd
Suite 3
Haverford, PA 19083

| CHECK DATE | VOUCHER ID |
|---|---|
| 9/18/2026 | V65380850 |

| TOTAL NET PAY |
|---|
| ********$275.37 |

Aaliyah Shantay Williams
1419 W. Grange Ave Appt. 307
Philadelphia, PA 19141

**NOT NEGOTIABLE**

EMINENCE HOME CARE OF PA - MAIN (181219) Voucher #: 069770 Sort Order: 1

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| Aaliyah Williams - (G12156) | 09-11-2026 | XXX-XX-5981 | 08-30-2026 | 09-05-2026 | 02524750 |

Federal Tax-Status SS Allowances Single State Tax - Status NONE Allowances NONE

CURRENT EARNINGS DETAIL

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 09-05-2026 | REGULAR PAY | 25.0000 | 38.22 | 955.50 |
| Total(s): | | | 38.22 | 955.50 |

DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| LIFE | 0.26 | 4.68 |
| STD | 0.00 | 7.84 |
| VISION PRE T | 0.00 | 3.07 |
| LTD | 0.00 | 3.67 |
| DENTAL PRE T | 0.00 | 8.92 |
| CRIT | 0.00 | 1.55 |
| MED PRE TAX | 0.00 | 25.00 |
| FEDERAL TAX | 72.74 | 1869.36 |
| MEDICARE | 13.86 | 362.65 |
| SOC SECURITY | 59.24 | 1550.62 |
| PA INCOME TAX | 29.33 | 767.80 |
| PA SUI | 0.67 | 17.53 |
| LOWER MERION TO | 1.00 | 27.00 |
| PHILADELPHIA,PH | 35.69 | 936.24 |
| Total(s): | 212.79 | 5,585.93 |

DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | 79899 | 0.00 |
| Total: | | 0.00 |

Net Pay
$742.71

Net Pay YTD
$19,638.23

Y-T-D EARNINGS

| Description | Amount |
|---|---|
| REGULAR PAY | 22083.00 |
| BEREAVEMENT | 375.00 |
| MILEAGE PAY | 177.16 |
| PERSONAL TIME | 334.25 |
| SALARY | 384.25 |
| SICK | 569.50 |
| FLEX HOLIDAY | 400.00 |
| HOLIDAY | 400.00 |
| VACATION | 51.00 |
| BONUS | 450.00 |
| Total: | $25,224.16 |

PAID TIME OFF

| Desc | C/O | Accrued | Used | Bal |
|---|---|---|---|---|
| BEREAVEMENT | 0.00 | 15.00 | 15.00 | 0.00 |
| PTO | 0.00 | 19.01 | 15.41 | 3.60 |
| SICK | 0.00 | 29.96 | 22.78 | 7.18 |
| FLOATING HOL | 0.00 | 16.00 | 16.00 | 0.00 |

EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| MED | 0.00 | 597.69 |
| MET BLADD 10K | 0.00 | 8.25 |
| MID DPPO 1500 | 0.00 | 26.76 |
| MET VSP | 0.00 | 9.22 |
| Total(s): | 0.00 | 641.92 |

IMPORTANT MESSAGE: Your employer will email you important payroll and benefits information.
Please visit www.engagepeo.com and choose the Employee Login menu option to register.
BEREAVEMENT YTD hours taken: 15.00

Build: CMP-6924 Query: HRP_CHECKS.MVQ Version: Legal_PTO 26.08.247

EMINENCE HOME CARE OF PA
ENGAGE PEO V
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

02524750
09-11-2026
63-751/631
AMOUNT
********742.71

Pay: Non-negotiable

To The Order Of: Aaliyah Williams
1419 W Grange Ave, Apt 307
PHILADELPHIA, PA 19141-2509

EMINENCE HOME CARE OF PA
ENGAGE PEO V
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

1
2300-380-600
OFFICE

Aaliyah Williams
1419 W Grange Ave, Apt 307
PHILADELPHIA, PA 19141-2509

EMINENCE HOME CARE OF PA - MAIN (181219) Voucher #: 069437 Sort Order: 1

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| Aaliyah Williams - (G12156) | 09-04-2026 | XXX-XX-5981 | 08-23-2026 | 08-29-2026 | 11922044 |

Federal Tax-Status SS Allowances Single State Tax - Status NONE Allowances NONE

**CURRENT EARNINGS DETAIL**

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 08-29-2026 | REGULAR PAY | 25.0000 | 40.00 | 1000.00 |
| Total(s): | | | 40.00 | 1,000.00 |

**DEDUCTIONS / TAXES**

| Description | Amount | Y-T-D |
|---|---|---|
| LIFE | 0.26 | 4.42 |
| STD | 0.00 | 7.84 |
| VISION PRE T | 0.00 | 3.07 |
| LTD | 0.00 | 3.67 |
| DENTAL PRE T | 0.00 | 8.92 |
| CRIT | 0.00 | 1.55 |
| MED PRE TAX | 0.00 | 25.00 |
| FEDERAL TAX | 78.08 | 1796.62 |
| MEDICARE | 14.50 | 348.79 |
| SOC SECURITY | 62.00 | 1491.38 |
| PA INCOME TAX | 30.70 | 738.47 |
| PA SUI | 0.70 | 16.86 |
| LOWER MERION TO | 1.00 | 26.00 |
| PHILADELPHIA,PH | 37.35 | 900.55 |
| Total(s): | 224.59 | 5,373.14 |

**DIRECT DEPOSIT**

| Type | Account | Amount |
|---|---|---|
| CHECKING | 67953 | 775.41 |
| Total: | | 775.41 |

Net Pay
$775.41

Net Pay YTD
$18,895.52

**Y-T-D EARNINGS**

| Description | Amount |
|---|---|
| REGULAR PAY | 21127.50 |
| BEREAVEMENT | 375.00 |
| MILEAGE PAY | 177.16 |
| PERSONAL TIME | 334.25 |
| SALARY | 384.25 |
| SICK | 569.50 |
| FLEX HOLIDAY | 400.00 |
| HOLIDAY | 400.00 |
| VACATION | 51.00 |
| BONUS | 450.00 |
| Total: | $24,268.66 |

**PAID TIME OFF**

| Desc | C/O | Accrued | Used | Bal |
|---|---|---|---|---|
| BEREAVEMENT | 0.00 | 15.00 | 15.00 | 0.00 |
| PTO | 0.00 | 18.27 | 15.41 | 2.86 |
| SICK | 0.00 | 28.68 | 22.78 | 5.90 |
| FLOATING HOL | 0.00 | 16.00 | 16.00 | 0.00 |

**EMPLOYER CONTRIBUTIONS**

| Description | Amount | Y-T-D |
|---|---|---|
| MED | 0.00 | 597.69 |
| MET BLADD 10K | 1.65 | 8.25 |
| MID DPPO 1500 | 0.00 | 26.76 |
| MET VSP | 0.00 | 9.22 |
| Total(s): | 1.65 | 641.92 |

IMPORTANT MESSAGE: Your employer will email you important payroll and benefits information.
Please visit www.engagepeo.com and choose the Employee Login menu option to register.
BEREAVEMENT YTD hours taken: 15.00

Build: CMP-6924 Query: HRP_CHECKS.MVQ Version: Legal_PTO 26.03.241

EMINENCE HOME CARE OF PA
ENGAGE PEO V
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

11922044
09-04-2026

AMOUNT
** VOID **

Pay: Non-negotiable

To The Order Of: Aaliyah Williams
1610 Nedro Ave
PHILADELPHIA, PA 19141-1812

EMINENCE HOME CARE OF PA
ENGAGE PEO V
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

1
2300-380-600
OFFICE

Aaliyah Williams
1610 Nedro Ave
PHILADELPHIA, PA 19141-1812

Statement of Earnings For: **Aaliyah Shantay Williams**

**Amada Senior Care**
410 W Township Rd
Suite 3
Haverford, PA 19083

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee #: | 892252495 | Division | 01 | Period Begin: | 8/16/2026 | Check Date: | 9/4/2026 |
| Clock Number: | | Department | 0200 | Period End: | 8/31/2026 | Pay Type: | Hourly |
| Company Id: | CN61462 | Federal Filing: | Single or | Exemptions: | | Additional Tax: | |
| | | State Filing: | | Exemptions: | | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V65145654 | $0.00 | $300.00 | $190.26 | |

**EARNINGS** *Not included in Totals ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Weekend Pay | | | 300.00 | 0.00 | 1,800.00 |
| Regular | | | 0.00 | 10.00 | 150.00 |
| Trng | | | 0.00 | 7.00 | 105.00 |
| *Exp Reimb | | | 0.00 | 0.00 | 60.00 |
| **Total:** | | 0.00 | 300.00 | 17.00 | 2,055.00 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 18.60 | 127.41 |
| MED EE | 4.35 | 29.80 |
| PA WH | 9.21 | 63.10 |
| PHILADELPHIA | 11.21 | 76.79 |
| PA SUI EE | 0.21 | 1.44 |
| HAVERFORD TWP | 2.16 | 12.96 |
| **Total:** | 45.74 | 311.50 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| ZayZoon | 64.00 | 235.00 |
| **Total:** | 64.00 | 235.00 |

**LEAVE ACCRUAL**

| Accrual Type |
|---|

**DISTRIBUTION OF NET PAY**

| | | | |
|---|---|---|---|
| Checking | Account: ####7953 | Deposit Amount: | 190.26 |

Amada Senior Care
410 W Township Rd
Suite 3
Haverford, PA 19083

| CHECK DATE | VOUCHER ID |
|---|---|
| 9/4/2026 | V65145654 |

| TOTAL NET PAY |
|---|
| ********$190.26 |

Aaliyah Shantay Williams
1419 W. Grange Ave Appt. 307
Philadelphia, PA 19141

**NOT NEGOTIABLE**

EMINENCE HOME CARE OF PA - MAIN (181219) Voucher #: 068788 Sort Order: 2

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| Aaliyah Williams - (G12156) | 08-28-2026 | XXX-XX-5981 | 08-16-2026 | 08-22-2026 | 11903593 |

Federal Tax-Status SS Allowances Single — State Tax - Status NONE Allowances NONE

**CURRENT EARNINGS DETAIL**

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 08-22-2026 | REGULAR PAY | 25.0000 | 38.22 | 955.50 |
| Total(s): | | | 38.22 | 955.50 |

**DEDUCTIONS / TAXES**

| Description | Amount | Y-T-D |
|---|---|---|
| LIFE | 0.26 | 4.16 |
| STD | 0.00 | 7.84 |
| VISION PRE T | 0.00 | 3.07 |
| LTD | 0.00 | 3.67 |
| DENTAL PRE T | 0.00 | 8.92 |
| CRIT | 0.00 | 1.55 |
| MED PRE TAX | 0.00 | 25.00 |
| FEDERAL TAX | 72.74 | 1718.54 |
| MEDICARE | 13.85 | 334.29 |
| SOC SECURITY | 59.24 | 1429.38 |
| PA INCOME TAX | 29.33 | 707.77 |
| PA SUI | 0.67 | 16.16 |
| LOWER MERION TO | 1.00 | 25.00 |
| PHILADELPHIA,PH | 35.69 | 863.20 |
| Total(s): | 212.78 | 5,148.55 |

**DIRECT DEPOSIT**

| Type | Account | Amount |
|---|---|---|
| CHECKING | 67953 | 742.72 |
| Total: | | 742.72 |

**Net Pay** $742.72

**Net Pay YTD** $18,120.11

**Y-T-D EARNINGS**

| Description | Amount |
|---|---|
| REGULAR PAY | 20127.50 |
| BEREAVEMENT | 375.00 |
| MILEAGE PAY | 177.16 |
| PERSONAL TIME | 334.25 |
| SALARY | 384.25 |
| SICK | 569.50 |
| FLEX HOLIDAY | 400.00 |
| HOLIDAY | 400.00 |
| VACATION | 51.00 |
| BONUS | 450.00 |
| Total: | $23,268.66 |

**PAID TIME OFF**

| Desc | C/O | Accrued | Used | Bal |
|---|---|---|---|---|
| BEREAVEMENT | 0.00 | 15.00 | 15.00 | 0.00 |
| PTO | 0.00 | 17.50 | 15.41 | 2.09 |
| SICK | 0.00 | 27.35 | 22.78 | 4.57 |
| FLOATING HOL | 0.00 | 16.00 | 16.00 | 0.00 |

**EMPLOYER CONTRIBUTIONS**

| Description | Amount | Y-T-D |
|---|---|---|
| MED | 0.00 | 597.69 |
| MET BLADD 10K | 0.00 | 6.60 |
| MID DPPO 1500 | 0.00 | 26.76 |
| MET VSP | 0.00 | 9.22 |
| Total(s): | 0.00 | 640.27 |

IMPORTANT MESSAGE: Your employer will email you important payroll and benefits information.
Please visit www.engagepeo.com and choose the Employee Login menu option to register.
BEREAVEMENT YTD hours taken: 15.00

Build: CMP-6924 Query: HRP_CHECKS.MVQ Version: Legal_PTO 26.03.241

EMINENCE HOME CARE OF PA
ENGAGE PEO V
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

11903593
08-28-2026

AMOUNT
** VOID **

Pay: Non-negotiable

To The Order Of: Aaliyah Williams
1610 Nedro Ave
PHILADELPHIA, PA 19141-1812

EMINENCE HOME CARE OF PA
ENGAGE PEO V
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

1
2300-380-600
OFFICE

Aaliyah Williams
1610 Nedro Ave
PHILADELPHIA, PA 19141-1812

EMINENCE HOME CARE OF PA - MAIN (181219) Voucher #: 068617 Sort Order: 3

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| Aaliyah Williams - (G12156) | 08-21-2026 | XXX-XX-5981 | 08-09-2026 | 08-15-2026 | 11870812 |

Federal Tax-Status SS Allowances Single State Tax - Status NONE Allowances NONE

CURRENT EARNINGS DETAIL

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 08-15-2026 | REGULAR PAY | 25.0000 | 37.08 | 927.00 |
| Total(s): | | | 37.08 | 927.00 |

DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| LIFE | 0.26 | 3.90 |
| STD | 0.00 | 7.84 |
| VISION PRE T | 0.00 | 3.07 |
| LTD | 0.00 | 3.67 |
| DENTAL PRE T | 0.00 | 8.92 |
| CRIT | 0.00 | 1.55 |
| MED PRE TAX | 0.00 | 25.00 |
| FEDERAL TAX | 69.32 | 1645.80 |
| MEDICARE | 13.45 | 320.44 |
| SOC SECURITY | 57.48 | 1370.14 |
| PA INCOME TAX | 28.46 | 678.44 |
| PA SUI | 0.65 | 15.49 |
| LOWER MERION TO | 1.00 | 24.00 |
| PHILADELPHIA,PH | 34.62 | 827.51 |
| Total(s): | 205.24 | 4,935.77 |

DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | 67953 | 721.76 |
| Total: | | 721.76 |

Net Pay
$721.76

Net Pay YTD
$17,377.39

Y-T-D EARNINGS

| Description | Amount |
|---|---|
| REGULAR PAY | 19172.00 |
| BEREAVEMENT | 375.00 |
| MILEAGE PAY | 177.16 |
| PERSONAL TIME | 334.25 |
| SALARY | 384.25 |
| SICK | 569.50 |
| FLEX HOLIDAY | 400.00 |
| HOLIDAY | 400.00 |
| VACATION | 51.00 |
| BONUS | 450.00 |
| Total: | $22,313.16 |

PAID TIME OFF

| Desc | C/O | Accrued | Used | Bal |
|---|---|---|---|---|
| BEREAVEMENT | 0.00 | 15.00 | 15.00 | 0.00 |
| PTO | 0.00 | 16.76 | 15.41 | 1.35 |
| SICK | 0.00 | 26.08 | 22.78 | 3.30 |
| FLOATING HOL | 0.00 | 16.00 | 16.00 | 0.00 |

EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| MED | 0.00 | 597.69 |
| MET BLADD 10K | 0.00 | 6.60 |
| MID DPPO 1500 | 0.00 | 26.76 |
| MET VSP | 0.00 | 9.22 |
| Total(s): | 0.00 | 640.27 |

IMPORTANT MESSAGE: Your employer will email you important payroll and benefits information.
Please visit www.engagepeo.com and choose the Employee Login menu option to register.
BEREAVEMENT YTD hours taken: 15.00

Build: CMP-6924 Query: HRP_CHECKS.MVQ Version: Legal_PTO 26.03.241

EMINENCE HOME CARE OF PA
ENGAGE PEO V
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

11870812
08-21-2026

AMOUNT
** VOID **

Pay: Non-negotiable

To The Order Of: Aaliyah Williams
1610 Nedro Ave
PHILADELPHIA, PA 19141-1812

EMINENCE HOME CARE OF PA
ENGAGE PEO V
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

1
2300-380-600
OFFICE

Aaliyah Williams
1610 Nedro Ave
PHILADELPHIA, PA 19141-1812

Statement of Earnings For: **Aaliyah Shantay Williams**

**Amada Senior Care**
410 W Township Rd
Suite 3
Haverford, PA 19083

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee #: | 892252495 | Division | 01 | Period Begin: | 8/1/2026 | Check Date: | 8/20/2026 |
| Clock Number: | | Department | 0200 | Period End: | 8/15/2026 | Pay Type: | Hourly |
| Company Id: | CN61462 | Federal Filing: | Single or | Exemptions: | | Additional Tax: | |
| | | State Filing: | | Exemptions: | | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V64879421 | $0.00 | $450.00 | $309.46 | |

**EARNINGS** *Not included in Totals ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| *Exp Reimb | | | 20.00 | 0.00 | 60.00 |
| Weekend Pay | | | 450.00 | 0.00 | 1,500.00 |
| Regular | | | 0.00 | 10.00 | 150.00 |
| Trng | | | 0.00 | 7.00 | 105.00 |
| **Total:** | | 0.00 | 450.00 | 17.00 | 1,755.00 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 27.90 | 108.81 |
| MED EE | 6.53 | 25.45 |
| PA WH | 13.82 | 53.89 |
| PHILADELPHIA | 16.81 | 65.58 |
| PA SUI EE | 0.32 | 1.23 |
| HAVERFORD TWP | 2.16 | 10.80 |
| **Total:** | 67.54 | 265.76 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| ZayZoon | 93.00 | 171.00 |
| **Total:** | 93.00 | 171.00 |

**LEAVE ACCRUAL**

| Accrual Type |
|---|

**DISTRIBUTION OF NET PAY**

| | | | |
|---|---|---|---|
| Checking | Account: ####7953 | Deposit Amount: | 309.46 |

Amada Senior Care
410 W Township Rd
Suite 3
Haverford, PA 19083

| CHECK DATE | VOUCHER ID |
|---|---|
| 8/20/2026 | V64879421 |

| TOTAL NET PAY |
|---|
| ********$309.46 |

Aaliyah Shantay Williams
1419 W. Grange Ave Appt. 307
Philadelphia, PA 19141

**NOT NEGOTIABLE**

EMINENCE HOME CARE OF PA - MAIN (181219) Voucher #: 068458 Sort Order: 4

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| Aaliyah Williams - (G12156) | 08-14-2026 | XXX-XX-5981 | 08-02-2026 | 08-08-2026 | 11842681 |

Federal Tax-Status SS Allowances Single State Tax - Status NONE Allowances NONE

**CURRENT EARNINGS DETAIL**

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 08-08-2026 | REGULAR PAY | 25.0000 | 31.37 | 784.25 |
| 08-08-2026 | PERSONAL TIME | 25.0000 | 1.33 | 33.25 |
| 08-08-2026 | BONUS | 450.0000 | 1.00 | 450.00 |
| Total(s): | | | 33.70 | 1,267.50 |

**DEDUCTIONS / TAXES**

| Description | Amount | Y-T-D |
|---|---|---|
| LIFE | 0.26 | 3.64 |
| STD | 0.00 | 7.84 |
| VISION PRE T | 0.00 | 3.07 |
| LTD | 0.00 | 3.67 |
| DENTAL PRE T | 0.00 | 8.92 |
| CRIT | 0.00 | 1.55 |
| MED PRE TAX | 0.00 | 25.00 |
| FEDERAL TAX | 110.18 | 1576.48 |
| MEDICARE | 18.37 | 306.99 |
| SOC SECURITY | 78.58 | 1312.66 |
| PA INCOME TAX | 38.91 | 649.98 |
| PA SUI | 0.89 | 14.84 |
| LOWER MERION TO | 1.00 | 23.00 |
| PHILADELPHIA,PH | 47.34 | 792.89 |
| Total(s): | 295.53 | 4,730.53 |

**DIRECT DEPOSIT**

| Type | Account | Amount |
|---|---|---|
| CHECKING | 67953 | 971.97 |
| Total: | | 971.97 |

Net Pay

$971.97

Net Pay YTD

$16,655.63

**Y-T-D EARNINGS**

| Description | Amount |
|---|---|
| REGULAR PAY | 18245.00 |
| BEREAVEMENT | 375.00 |
| MILEAGE PAY | 177.16 |
| PERSONAL TIME | 334.25 |
| SALARY | 384.25 |
| SICK | 569.50 |
| FLEX HOLIDAY | 400.00 |
| HOLIDAY | 400.00 |
| VACATION | 51.00 |
| BONUS | 450.00 |
| Total: | $21,386.16 |

**PAID TIME OFF**

| Desc | C/O | Accrued | Used | Bal |
|---|---|---|---|---|
| BEREAVEMENT | 0.00 | 15.00 | 15.00 | 0.00 |
| PTO | 0.00 | 16.04 | 15.41 | 0.63 |
| SICK | 0.00 | 24.84 | 22.78 | 2.06 |
| FLOATING HOL | 0.00 | 16.00 | 16.00 | 0.00 |

**EMPLOYER CONTRIBUTIONS**

| Description | Amount | Y-T-D |
|---|---|---|
| MED | 0.00 | 597.69 |
| MET BLADD 10K | 0.00 | 6.60 |
| MID DPPO 1500 | 0.00 | 26.76 |
| MET VSP | 0.00 | 9.22 |
| Total(s): | 0.00 | 640.27 |

IMPORTANT MESSAGE: Your employer will email you important payroll and benefits information.
Please visit www.engagepeo.com and choose the Employee Login menu option to register.
BEREAVEMENT YTD hours taken: 15.00

Build: CMP-6924 Query: HRP_CHECKS.MVQ Version: Legal_PTO 26.03.241

EMINENCE HOME CARE OF PA
ENGAGE PEO V
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

11842681
08-14-2026

AMOUNT

** VOID **

Pay: Non-negotiable

To The Order Of: Aaliyah Williams
1610 Nedro Ave
PHILADELPHIA, PA 19141-1812

EMINENCE HOME CARE OF PA
ENGAGE PEO V
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

1
2300-380-600
OFFICE

Aaliyah Williams
1610 Nedro Ave
PHILADELPHIA, PA 19141-1812

EMINENCE HOME CARE OF PA - MAIN (181219) Voucher #: 068293 Sort Order: 5

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| Aaliyah Williams - (G12156) | 08-07-2026 | XXX-XX-5981 | 07-26-2026 | 08-01-2026 | 11818144 |

Federal Tax-Status SS Allowances Single State Tax - Status NONE Allowances NONE

**CURRENT EARNINGS DETAIL**

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 08-01-2026 | REGULAR PAY | 25.0000 | 30.35 | 758.75 |
| 08-01-2026 | FLEX HOLIDAY | 25.0000 | 1.00 | 25.00 |
| 08-01-2026 | SICK | 25.0000 | 1.05 | 26.25 |
| Total(s): | | | 32.40 | 810.00 |

**DEDUCTIONS / TAXES**

| Description | Amount | Y-T-D |
|---|---|---|
| LIFE | 0.26 | 3.38 |
| STD | 0.00 | 7.84 |
| VISION PRE T | 0.00 | 3.07 |
| LTD | 0.00 | 3.67 |
| DENTAL PRE T | 0.00 | 8.92 |
| CRIT | 0.00 | 1.55 |
| MED PRE TAX | 0.00 | 25.00 |
| FEDERAL TAX | 55.28 | 1466.30 |
| MEDICARE | 11.75 | 288.62 |
| SOC SECURITY | 50.22 | 1234.08 |
| PA INCOME TAX | 24.87 | 611.07 |
| PA SUI | 0.57 | 13.95 |
| LOWER MERION TO | 1.00 | 22.00 |
| PHILADELPHIA,PH | 30.25 | 745.55 |
| Total(s): | 174.20 | 4,435.00 |

**DIRECT DEPOSIT**

| Type | Account | Amount |
|---|---|---|
| CHECKING | 67953 | 635.80 |
| Total: | | 635.80 |

Net Pay

$635.80

Net Pay YTD

$15,683.66

**Y-T-D EARNINGS**

| Description | Amount |
|---|---|
| REGULAR PAY | 17460.75 |
| BEREAVEMENT | 375.00 |
| MILEAGE PAY | 177.16 |
| PERSONAL TIME | 301.00 |
| SALARY | 384.25 |
| SICK | 569.50 |
| FLEX HOLIDAY | 400.00 |
| HOLIDAY | 400.00 |
| VACATION | 51.00 |
| Total: | $20,118.66 |

**PAID TIME OFF**

| Desc | C/O | Accrued | Used | Bal |
|---|---|---|---|---|
| BEREAVEMENT | 0.00 | 15.00 | 15.00 | 0.00 |
| PTO | 0.00 | 15.41 | 14.08 | 1.33 |
| SICK | 0.00 | 23.79 | 22.78 | 1.01 |
| FLOATING HOL | 0.00 | 16.00 | 16.00 | 0.00 |

**EMPLOYER CONTRIBUTIONS**

| Description | Amount | Y-T-D |
|---|---|---|
| MED | 0.00 | 597.69 |
| MET BLADD 10K | 1.65 | 6.60 |
| MID DPPO 1500 | 0.00 | 26.76 |
| MET VSP | 0.00 | 9.22 |
| Total(s): | 1.65 | 640.27 |

IMPORTANT MESSAGE: Your employer will email you important payroll and benefits information.
Please visit www.engagepeo.com and choose the Employee Login menu option to register.
BEREAVEMENT YTD hours taken: 15.00

Build: CMP-6924 Query: HRP_CHECKS.MVQ Version: Legal_PTO 26.03.241

EMINENCE HOME CARE OF PA
ENGAGE PEO V
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

11818144
08-07-2026

AMOUNT
** VOID **

Pay: Non-negotiable

To The Order Of: Aaliyah Williams
1610 Nedro Ave
PHILADELPHIA, PA 19141-1812

EMINENCE HOME CARE OF PA
ENGAGE PEO V
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

1
2300-380-600
OFFICE

Aaliyah Williams
1610 Nedro Ave
PHILADELPHIA, PA 19141-1812

Statement of Earnings For: **Aaliyah Shantay Williams**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Employee #: | 892252495 | Division | 01 | Period Begin: | 7/16/2026 | Check Date: | 8/5/2026 | **Amada Senior Care** |
| Clock Number: | | Department | 0200 | Period End: | 7/31/2026 | Pay Type: | Hourly | 410 W Township Rd |
| Company Id: | CN61462 | Federal Filing: | Single or | Exemptions: | | Additional Tax: | | Suite 3 |
| | | State Filing: | | Exemptions: | | Additional Tax: | | Haverford, PA 19083 |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V64639505 | $0.00 | $300.00 | $176.26 | |

**EARNINGS** *Not included in Totals ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Weekend Pay | | | 300.00 | 0.00 | 1,050.00 |
| Regular | | | 0.00 | 10.00 | 150.00 |
| Trng | | | 0.00 | 7.00 | 105.00 |
| *Exp Reimb | | | 0.00 | 0.00 | 40.00 |
| **Total:** | | 0.00 | 300.00 | 17.00 | 1,305.00 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 18.60 | 80.91 |
| MED EE | 4.35 | 18.92 |
| PA WH | 9.21 | 40.07 |
| PHILADELPHIA | 11.21 | 48.77 |
| PA SUI EE | 0.21 | 0.91 |
| HAVERFORD TWP | 2.16 | 8.64 |
| **Total:** | 45.74 | 198.22 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| ZayZoon | 78.00 | 78.00 |
| **Total:** | 78.00 | 78.00 |

**LEAVE ACCRUAL**

| Accrual Type |
|---|

**DISTRIBUTION OF NET PAY**

| | | | |
|---|---|---|---|
| Checking | Account: ####7953 | Deposit Amount: | 176.26 |

Amada Senior Care
410 W Township Rd
Suite 3
Haverford, PA 19083

| CHECK DATE | VOUCHER ID |
|---|---|
| 8/5/2026 | V64639505 |

| TOTAL NET PAY |
|---|
| ********$176.26 |

Aaliyah Shantay Williams
1419 W. Grange Ave Appt. 307
Philadelphia, PA 19141

**NOT NEGOTIABLE**

EMINENCE HOME CARE OF PA - MAIN (181219) Voucher #: 068141 Sort Order: 6

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| Aaliyah Williams - (G12156) | 07-31-2026 | XXX-XX-5981 | 07-19-2026 | 07-25-2026 | 11792820 |

Federal Tax-Status SS Allowances Single State Tax - Status NONE Allowances NONE

CURRENT EARNINGS DETAIL

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 07-25-2026 | REGULAR PAY | 25.0000 | 31.48 | 787.00 |
| 07-25-2026 | VACATION | 25.0000 | 2.04 | 51.00 |
| 07-25-2026 | SICK | 25.0000 | 2.78 | 69.50 |
| Total(s): | | | 36.30 | 907.50 |

DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| STD | 0.00 | 7.84 |
| VISION PRE T | 0.00 | 3.07 |
| LTD | 0.00 | 3.67 |
| LIFE | 0.00 | 3.12 |
| DENTAL PRE T | 0.00 | 8.92 |
| CRIT | 0.00 | 1.55 |
| MED PRE TAX | 0.00 | 25.00 |
| FEDERAL TAX | 66.98 | 1411.02 |
| MEDICARE | 13.16 | 276.87 |
| SOC SECURITY | 56.27 | 1183.86 |
| PA INCOME TAX | 27.86 | 586.20 |
| PA SUI | 0.64 | 13.38 |
| LOWER MERION TO | 1.00 | 21.00 |
| PHILADELPHIA,PH | 33.90 | 715.30 |
| Total(s): | 199.81 | 4,260.80 |

DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | 67953 | 707.69 |
| Total: | | 707.69 |

Net Pay
$707.69

Net Pay YTD
$15,047.86

Y-T-D EARNINGS

| Description | Amount |
|---|---|
| REGULAR PAY | 16702.00 |
| BEREAVEMENT | 375.00 |
| MILEAGE PAY | 177.16 |
| PERSONAL TIME | 301.00 |
| SALARY | 384.25 |
| SICK | 543.25 |
| FLEX HOLIDAY | 375.00 |
| HOLIDAY | 400.00 |
| VACATION | 51.00 |
| Total: | $19,308.66 |

PAID TIME OFF

| Desc | C/O | Accrued | Used | Bal |
|---|---|---|---|---|
| BEREAVEMENT | 0.00 | 15.00 | 15.00 | 0.00 |
| PTO | 0.00 | 14.78 | 14.08 | 0.70 |
| SICK | 0.00 | 22.78 | 21.73 | 1.05 |
| FLOATING HOL | 0.00 | 16.00 | 15.00 | 1.00 |

EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| MED | 0.00 | 597.69 |
| MET BLADD 10K | 0.00 | 4.95 |
| MID DPPO 1500 | 0.00 | 26.76 |
| MET VSP | 0.00 | 9.22 |
| Total(s): | 0.00 | 638.62 |

IMPORTANT MESSAGE: Your employer will email you important payroll and benefits information.
Please visit www.engagepeo.com and choose the Employee Login menu option to register.
BEREAVEMENT YTD hours taken: 15.00

Build: CMP-6924 Query: HRP_CHECKS.MVQ Version: Legal_PTO 26.03.241

EMINENCE HOME CARE OF PA
ENGAGE PEO V
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

11792820
07-31-2026

AMOUNT
** VOID **

Pay: Non-negotiable

To The Order Of: Aaliyah Williams
1610 Nedro Ave
PHILADELPHIA, PA 19141-1812

EMINENCE HOME CARE OF PA
ENGAGE PEO V
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

1
2300-380-600
OFFICE

Aaliyah Williams
1610 Nedro Ave
PHILADELPHIA, PA 19141-1812

EMINENCE HOME CARE OF PA - MAIN (181219) Voucher #: 067994 Sort Order: 7

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| Aaliyah Williams - (G12156) | 07-24-2026 | XXX-XX-5981 | 07-12-2026 | 07-18-2026 | 11767473 |

Federal Tax-Status SS Allowances Single State Tax - Status NONE Allowances NONE

CURRENT EARNINGS DETAIL

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 07-18-2026 | REGULAR PAY | 25.0000 | 27.33 | 683.25 |
| 07-18-2026 | FLEX HOLIDAY | 25.0000 | 7.50 | 187.50 |
| Total(s): | | | 34.83 | 870.75 |

DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| LIFE | 0.26 | 3.12 |
| STD | 0.00 | 7.84 |
| VISION PRE T | 0.00 | 3.07 |
| LTD | 0.00 | 3.67 |
| DENTAL PRE T | 0.00 | 8.92 |
| CRIT | 0.00 | 1.55 |
| MED PRE TAX | 0.00 | 25.00 |
| FEDERAL TAX | 62.57 | 1344.04 |
| MEDICARE | 12.62 | 263.71 |
| SOC SECURITY | 53.98 | 1127.59 |
| PA INCOME TAX | 26.73 | 558.34 |
| PA SUI | 0.61 | 12.74 |
| LOWER MERION TO | 1.00 | 20.00 |
| PHILADELPHIA,PH | 32.52 | 681.40 |
| Total(s): | 190.29 | 4,060.99 |

DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | 67953 | 680.46 |
| Total: | | 680.46 |

Net Pay
$680.46

Net Pay YTD
$14,340.17

Y-T-D EARNINGS

| Description | Amount |
|---|---|
| REGULAR PAY | 15915.00 |
| BEREAVEMENT | 375.00 |
| MILEAGE PAY | 177.16 |
| PERSONAL TIME | 301.00 |
| SALARY | 384.25 |
| SICK | 473.75 |
| FLEX HOLIDAY | 375.00 |
| HOLIDAY | 400.00 |
| Total: | $18,401.16 |

PAID TIME OFF

| Desc | C/O | Accrued | Used | Bal |
|---|---|---|---|---|
| BEREAVEMENT | 0.00 | 15.00 | 15.00 | 0.00 |
| PTO | 0.00 | 14.08 | 12.04 | 2.04 |
| SICK | 0.00 | 21.73 | 18.95 | 2.78 |
| FLOATING HOL | 0.00 | 16.00 | 15.00 | 1.00 |

EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| MED | 0.00 | 597.69 |
| MET BLADD 10K | 0.00 | 4.95 |
| MID DPPO 1500 | 0.00 | 26.76 |
| MET VSP | 0.00 | 9.22 |
| Total(s): | 0.00 | 638.62 |

IMPORTANT MESSAGE: Your employer will email you important payroll and benefits information.
Please visit www.engagepeo.com and choose the Employee Login menu option to register.
BEREAVEMENT YTD hours taken: 15.00

Build: CMP-6924 Query: HRP_CHECKS.MVQ Version: Legal_PTO 26.03.241

EMINENCE HOME CARE OF PA
ENGAGE PEO V
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

11767473
07-24-2026

AMOUNT
** VOID **

Pay: Non-negotiable

To The Order Of:
Aaliyah Williams
1610 Nedro Ave
PHILADELPHIA, PA 19141-1812

EMINENCE HOME CARE OF PA
ENGAGE PEO V
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

1
2300-380-600
OFFICE

Aaliyah Williams
1610 Nedro Ave
PHILADELPHIA, PA 19141-1812