UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Aaliyah Shantay Williams

CASE NO: 26-13955-djb

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13
ECF Docket Reference No. 3

On 9/22/2026, I did cause a copy of the following documents, described below,

Chapter 13 Plan ECF Docket Reference No. 3

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/22/2026

/s/ Michael I. Assad
Michael I. Assad 330937
Attorney for Debtor
Law Office of Mike Assad, P.C.
923 Haddonfield Rd Ste 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Aaliyah Shantay Williams

CASE NO: 26-13955-djb

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 3

On 9/22/2026, a copy of the following documents, described below,

Chapter 13 Plan ECF Docket Reference No. 3

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/22/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Michael I. Assad
Law Office of Mike Assad, P.C.
923 Haddonfield Rd Ste 336
Cherry Hill, NJ 08002

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CITY OF PHILADELPHIA LAW DEPARTMENT
MUNICIPAL SERVICES BUILDING
1401 JOHN F KENNEDY BLVD 5TH FLOOR
PHILADELPHIA PA 19102-1617

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG PA 17128-0946

AFTERPAY
ATTN BANKRUPTCY
650 CALIFORNIA ST
SAN FRANCISCO CA 94108-2702

ASTRA GLOBAL LLC
ATTN BANKRUPTCY
30 N GOULD ST STE R
SHERIDAN WY 82801-6317

ATLAS CREDIT CARD
ATTN BANKRUPTCY DEPARTMENT
300 COVENTRY ROAD
KENSINGTON CA 94707-1214

CITY OF PHILADELPHIA
PARKING VIOLATIONS BRANCH
ATTN BANKRUPTCY
PO BOX 41819
PHILADELPHIA PA 19101-1819

CAINE WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

CASH APP
ATTN BANKRUPTCY
1955 BROADWAY 600
OAKLAND CA 94612-2205

CHEX SYSTEMS INC
ATTN BANKRUPTCY
PO BOX 58339
MINNEAPOLIS MN 55458-3399

CHIME
ATTN BANKRUPTCY
101 CALIFORNIA STREET SUITE 500
SAN FRANCISCO CA 94111-5802

CITIZENS BANK N A
ATTN BANKRUPTCY TEAM
ONE CITIZENS BANK WAY
JCA115
JOHNSTON RI 02919-1922

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE
ATTN BANKRUPTCY
DEPARTMENT 280946
HARRISBURG PA 17128-0001

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL
ATTN BANKRUPTCY
15TH FLOOR STRAWBERRY SQUARE
HARRISBURG PA 17120-0001

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF GENERAL COUNSEL
ATTN BANKRUPTCY
30 N 3RD ST STE 200
HARRISBURG PA 17101-1715

CONSUMER PORTFOLIO SERVICES INC
ATTN BANKRUPTCY
PO BOX 57071
IRVINE CA 92619-7071

CREDIT COLLECTION SERVICES
ATTN BANKRUPTCY
725 CANTON ST
NORWOOD MA 02062-2679

GEICO
ATTN BANKRUPTCY
7272 WISCONSIN AVE
BETHESDA MD 20814-5011

GRANGE DEVELOPMENT LLC
CHIEF LEGAL OFFICER
1546 PACKER AVE STE 103
PHILADELPHIA PA 19145-5448

INTERNAL REVENUE SERVICE
ATTN BANKRUPTCY
PO BOX 7346
PHILADELPHIA PA 19101-7346

JEFFERSON HEALTH
1101 MARKET ST STE 2400
PHILADELPHIA PA 19107-2934

LEAD BANK
1801 MAIN STREET
KANSAS CITY MO 64108-2352

LIBERTY MUTUAL INSURANCE
175 BERKELEY STREET
BOSTON MA 02116-3350

NELNET
ATTN BANKRUPTCY
121 S 13TH ST STE 201
LINCOLN NE 68508-1922

PA EZPASS
ATTN BANKRUPTCY
300 E PARK DR 2729
HARRISBURG PA 17111-2729

PECO ENERGY CO
ATTN BANKRUPTCY
2301 MARKET ST S14-1
PHILADELPHIA PA 19103-1380

FOUR TECHNOLOGIES INC
1032 E BRANDON BLVD
4044
BRANDON FL 33511-5509

POLICE FIRE FEDERAL CREDIT UNION
ATTN BANKRUPTCY
901 ARCH ST
PHILADELPHIA PA 19107-2495

PROGRESSIVE INSURANCE
ATTN BANKRUPTCY
300 N COMMONS BLVD
MAYFIELD OH 44143-1589

QVC INC
ATTN BANKRUPTCY
1200 WILSON DR
WEST CHESTER PA 19380-4262

ROBERT TOLBERT JR
1419 W GRANGE AVE APT 307
PHILADELPHIA PA 19141-2509

SELF FINANCIAL INC
ATTN BANKRUPTCY
91 RED RIVER ST UNIT 1000
AUSTIN TX 78701-4814

THE GENERAL INSURANCE CO
ATTN BANKRUPTCY
26 CENTURY BLVD STE 100
NASHVILLE TN 37214-3698

TRANSWORLD SYSTEMS INC
ATTN BANKRUPTCY
500 VIRGINIA DR SUITE 514
FORT WASHINGTON PA 19034-2733

US ATTORNEY S OFFICE (EDPA)
ATTN CIVIL PROCESS CLERK
615 CHESTNUT ST STE 1250
PHILADELPHIA PA 19106-4404

US DEPARTMENT OF EDUCATION
GENERAL COUNSEL
400 MARYLAND AVE SW
WASHINGTON DC 20202-0001

US DEPARTMENT OF JUSTICE
ATTORNEY GENERAL OF THE UNITED STATES
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0009

VARO BANK N A
PO BOX 108
DRAPER UT 84020-0108

WEST CHESTER UNIVERSITY
ATTN BANKRUPTCY
700 S HIGH ST
WEST CHESTER PA 19383-0002

WILLIAMS FUDGE INC
ATTN BANKRUPTCY
300 CHATHAM AVE
ROCK HILL SC 29730-4986

ZAYZOON
ATTN BANKRUPTCY
15051 N KIERLAND BLVD SUITE 300
SCOTTSDALE AZ 85254-8162

ZIP CO US INC
ATTN BANKRUPTCY
228 PARK AVE S
NEW YORK NY 10003-0103