| United States Bankruptcy Court<br>Eastern District of Pennsylvania | |
|---|---|
| By: Michael I. Assad (#330937)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@assad.law<br>*Attorney for Debtor* | Case No.: 26-13955-djb<br><br>Chapter: 13 |
| In re: Aaliyah Shantay Williams,<br><br>*Debtor*. | Hearing Date: November 19, 2026<br><br>Judge: Derek J. Baker |

**Pre-Confirmation Certification of Compliance with Post-Petition Obligations in Accordance with 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)**

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above-named debtor has paid all post-petition amounts that are required to be paid under any and all domestic support obligations.

2. The above-named debtor has filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

Date: September 22, 2026

/s/ Michael I. Assad
Michael I. Assad