# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br>Aaliyah Shantay Williams,<br>Debtor. | Case No. 26-13955-djb<br>Chapter 13 |

**Debtor's Motion for Order to Pay Trustee**

Debtor Aaliyah Shantay Williams, through her attorney, requests that the Court enter the attached form of order requiring her employer to pay the chapter 13 trustee with funds deducted from her wages.

Date: September 22, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: /s/ Michael I. Assad

Michael I. Assad (#330937)
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law