# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-13955-djb |
| Aaliyah Shantay Williams, | Chapter 13 |
| Debtor. | |

## Wage Deduction Order

**To:** Eminence Home Care of PA
25 Bala Ave Ste 202
Bala Cynwyd, PA 19004-3215

**Employee:** Aaliyah Shantay Williams
SSN: XXX-XX-5981

**Amount:** $116.00 per pay period

**Beginning**: October 2, 2026

**Ending**: September 12, 2031

**Trustee:** Kenneth E. West, Chapter 13 Trustee
PO Box 1799
Memphis, TN 38101

**YOU ARE HEREBY ORDERED** to deduct the Amount shown above from each of the Employee's paychecks, starting with the Beginning date and continuing through the Ending date, and to remit each deduction to the Trustee shown above. You must print the Employee's name and bankruptcy case number on each payment.

Date:

______________________________
Derek J. Baker
U.S. Bankruptcy Judge

CC: Eminence Home Care of PA