United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Aaliyah Shantay Williams
Debtor

Case No. 26-13955-djb
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 1
Date Rcvd: Sep 23, 2026 Form ID: pdf900 Total Noticed: 2

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Aaliyah Shantay Williams, 1419 W Grange Ave Apt 307, Philadelphia, PA 19141-2509 |
| | Eminence Home Care of PA, 25 Bala Avenue, Suite 202, Bala Cynwyd, PA 19004-3215 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL I. ASSAD | on behalf of Debtor Aaliyah Shantay Williams mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-13955-djb |
| Aaliyah Shantay Williams, | Chapter 13 |
| Debtor. | |

## Wage Deduction Order

**To:** Eminence Home Care of PA
25 Bala Ave Ste 202
Bala Cynwyd, PA 19004-3215

**Employee:** Aaliyah Shantay Williams
SSN: XXX-XX-5981

**Amount:** $116.00 per pay period

**Beginning**: October 2, 2026

**Ending**: September 12, 2031

**Trustee:** Kenneth E. West, Chapter 13 Trustee
PO Box 1799
Memphis, TN 38101

**YOU ARE HEREBY ORDERED** to deduct the Amount shown above from each of the Employee's paychecks, starting with the Beginning date and continuing through the Ending date, and to remit each deduction to the Trustee shown above. You must print the Employee's name and bankruptcy case number on each payment.

Date: **September 23, 2026**

Derek J. Baker
U.S. Bankruptcy Judge

CC: Eminence Home Care of PA