resurgent capital services

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:
26-13955

DEBTOR(S):
AALIYAH SHANTAY WILLIAMS

WITHDRAWAL OF CLAIM
PLEASE WITHDRAW CLAIM NUMBER 9 IN THE AMOUNT OF $463.34

CREDITOR'S SIGNATURE:

/S/Brandie McCann

CREDITOR CONTACT INFO:
LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603
(877) 264-5884

DATE:
10/20/2026