**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@mikeassad.law
*Attorney for Debtor*

In re: Aaliyah Shantay Williams,

*Debtor*.

| | |
|---|---|
| Case No.: | 26-13955-djb |
| Chapter: | 13 |
| Judge: | Derek J. Baker |

## Certificate of Service

I, Michael I. Assad, certify that on November 12, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: November 12, 2026

/s/ Michael I. Assad
Michael I. Assad

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Kenneth E. West<br>Chapter 13 Standing Trustee<br>190 N. Independence Mall West, Suite 701<br>Philadelphia, PA 19106 | Trustee | ☒ CM/ECF |
| Office of the United States Trustee<br>Robert N.C. Nix, Sr. Federal Building<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 | U.S. Trustee | ☒ CM/ECF |
| Internal Revenue Service<br>Attn: Bankruptcy<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Creditor | ☒ First Class Mail |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>PO Box 280946<br>Harrisburg, PA 17128-0946 | Creditor | ☒ First Class Mail |
| Commonwealth of Pennsylvania<br>Department of Revenue<br>Attn: Bankruptcy<br>Department 280946<br>Harrisburg, PA 17128-0001 | Creditor | ☒ First Class Mail |
| Police and Fire Federal Credit Union<br>3333 Street Road<br>Bensalem, PA 19020 | Creditor | ☒ First Class Mail |
| Consumer Portfolio Services, Inc.<br>Attn: Bankruptcy<br>PO Box 57071<br>Irvine, CA 92619-7071 | Creditor | ☒ First Class Mail |
| Grange Development LLC<br>Attn: Chief Legal Officer<br>1546 Packer Ave Ste 103<br>Philadelphia, PA 19145-5448 | Creditor | ☒ First Class Mail |