# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br>Aaliyah Shantay Williams,<br>Debtor. | Case No. 26-13955-djb<br>Chapter 13 |

## Debtor's Motion for Amended Order to Pay Trustee

Debtor Aaliyah Shantay Williams, through her attorney, requests that the Court enter the attached form of amended order increasing the amount her employer must deduct from her wages and pay to the chapter 13 trustee to $230.00 per pay period, to fund her First Amended Chapter 13 Plan.

Date: November 12, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad (#330937)
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@mikeassad.law